IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Coston Thompson,  )<br>  Plaintiff,  )<br>  )<br>  )<br>v.  )<br>  )<br>  )<br>Nancy A. Berryhill, Acting Commissioner  )<br>of the Social Security Administration,  )<br>  Defendant.  ) | 3:16-cv-00863-FDW-DSC<br><br>ORDER |

It is hereby **ORDERED** that the Plaintiff be granted an extension to file Plaintiff's dispositive motion on or before August 30, 2017. Defendant is also granted a thirty day extension and Defendant's motion is now due on or before October 29, 2017.

The parties are cautioned that there will be no further extensions of this deadline absent extraordinary circumstances. Counsel's caseload or office schedule will not be considered an extraordinary circumstance.

**SO ORDERED**.

Signed: July 27, 2017

David S. Cayer
United States Magistrate Judge